```
                    COURT OF COMMON PLEAS
                    HAMILTON COUNTY, OHIO
```

TAFT STETTINIUS  HOLLISTER LLP
    **PLAINTIFF**

                                                               Use below number on
all future pleadings

      -- vs --

                                                     No.  A 1602800
                                                      SUMMONS

HWAREHCOM INC DBA HEATLWAREHOU
    **DEFENDANT**

      HWAREHCOM INC DBA HEATLWAREHOUSECOM
      7107 INDUSTRIAL ROAD                  D - 1
      FLORENCE KY 41042

You are notified
that you have been named Defendant(s) in a complaint filed by

      TAFT STETTINIUS HOLLISTER LLP
      425 WALNUT STREET
      SUITE 1800
      CINCINNATI OH 45202

                                                                Plaintiff(s)
in the Hamilton County, COMMON PLEAS CIVIL Division,
**TRACY WINKLER, 1000 MAIN STREET   ROOM 315,
CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's
attorney, or upon the plaintiff, if he/she has no attorney of record, a
copy of an answer to the complaint within twenty-eight (28) days after
service of this summons on you, exclusive of the day of service. Your
answer must be filed with the Court within three (3) days after the
service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to
file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered
against you for the relief demanded in the attached complaint.

Name and Address of attorney               TRACY WINKLER
RUSSELL S SAYRE                           Clerk, Court of Common Pleas
1800 FIRSTAR TOWER                      Hamilton County, Ohio
425 WALNUT ST
CINCINNATI         OH
45202-3957

                                           By  RICK HOFMANN
                                                      Deputy

                                      Date:  May 17, 2016

D114481769