```
                        COURT OF COMMON PLEAS
                        HAMILTON COUNTY, OHIO




TAFT STETTINIUS  HOLLISTER LLP
     PLAINTIFF
                                                Use below number on
                                                all future pleadings
          -- vs --
                                          No.  A 1602800
                                                SUMMONS

HWAREHCOM INC DBA HEATLWAREHOU
     DEFENDANT


     HWAREHCOM INC DBA HEATLWAREHOUSECOM
     % CFAS INC                             D - 1
     7107 INDUSTRIAL RD
     FLORENCE KY 41042



You are notified
that you have been named Defendant(s) in a complaint filed by

     TAFT STETTINIUS HOLLISTER LLP
     425 WALNUT STREET
     SUITE 1800
     CINCINNATI OH 45202

                                                      Plaintiff(s)
in the Hamilton County, COMMON PLEAS CIVIL Division,
```

**TRACY WINKLER, 1000 MAIN STREET   ROOM 315, CINCINNATI, OH 45202.**

```
You are hereby summoned and required to serve upon the plaintiff's
attorney, or upon the plaintiff, if he/she has no attorney of record, a
copy of an answer to the complaint within twenty-eight (28) days after
service of this summons on you, exclusive of the day of service. Your
answer must be filed with the Court within three (3) days after the
service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to
file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered
against you for the relief demanded in the attached complaint.



Name and Address of attorney          TRACY WINKLER
RUSSELL S SAYRE                       Clerk, Court of Common Pleas
1800 FIRSTAR TOWER                       Hamilton County, Ohio
425 WALNUT ST
CINCINNATI          OH
45202-3957

                                      By  RICK HOFMANN
                                                     Deputy


                                      Date:   May 17, 2016
```

D114481850