**UNITED STATES POSTAL SERVICE**

ELECTRONICALLY FILED
CERTIFIED MAIL SERVICE RETURN
SUMMONS & COMPLAINT
A 1602800    D1
HWAREHCOM INC DBA HEATLWAREHOUSECOM
FILED: 05/23/2016  6:42:48

Date Produced: 05/23/2016

HAMILTON COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 7194 5168 6310 0789 5143. Our records indicate that this item was delivered on 05/19/2016 at 11:29 a.m. in FLORENCE, KY 41042. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 12470755SEQ1