

D114571518

**COURT OF COMMON PLEAS**
**GENERAL DIVISION**
**HAMILTON COUNTY, OHIO**

ENTERED
MAY 24 2016

*Taft, Stettinius Hollister*

_____

vs.

*Hearch Com Inc*

_____

: *Luebbers*
: **Judge**
:
:
:
: **Case No. A** *160 2890*
:
:
: **Entry Directing Transfer**
: **of Case to**
: **Commercial Docket (ETCD)**
:
:
:
:
:

The Assignment Commissioner is hereby directed to transfer the above-captioned

case from the docket of Judge __*Luebbers*_____ to the Commercial

Docket. The case shall be re-rolled to one of the Commercial Docket Judges.

**ENTER**

_____
Judge

MAY

JODY M. LUEBBERS. JUDGE