## THE STATE OF OHIO, HAMILTON COUNTY
## COURT OF COMMON PLEAS

date: **06/02/2016**
code: **GERA**



Entered
Date:
Image:    **D114666628**

Administrative Judge

JUDGE ROBERT P. RUEHLMAN
COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

CASE:  **A 1602800**

**TAFT STETTINIUS  HOLLISTER LLP**

**ENTRY OF RE-ASSIGNMENT**

VS.

**HWAREHCOM INC DBA HEATLWAREHOUSECOM FKA HEALTHWARE**

**ENTERED**

**JUN 03 2016**

It appearing that due to **COMMERCIAL DOCKET**, case **A 1602800** is hereby reassigned from **Judge JODY M LUEBBERS** to **Judge STEVEN E MARTIN.**

Parent Case Id: 111421417