

# TRACY WINKLER
# HAMILTON COUNTY CLERK OF COURTS

## COMMON PLEAS DIVISION

**ELECTRONICALLY FILED**
**May 13, 2016 01:33 PM**
**TRACY WINKLER**
**Clerk of Courts**
**Hamilton County, Ohio**
**CONFIRMATION 525393**

| | |
|---|---|
| **TAFT STETTINIUS HOLLISTER LLP** **vs.** **HWAREHCOM INC DBA HEATLWAREHOUSECOM FKA HEALTHWARE** | **A 1602800** |

## FILING TYPE:  INITIAL FILING (IN COUNTY) WITH NO JURY DEMAND

## PAGES FILED: 4

EFR200

## COURT OF COMMON PLEAS
## HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| **TAFT STETTINIUS & HOLLISTER LLP,** | : | Case No. _____ |
| | : | |
| 425 Walnut St. Suite 1800 | : | Judge _____ |
| Cincinnati, Ohio 45202 | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **HWAREH.COM, INC., d/b/a** | | |
| **HEATLWAREHOUSE.COM f/k/a** | | |
| **HEALTHWAREHOUSE.COM, INC.** | | |
| | | |
| 7107 Industrial Road | | **COMPLAINT FOR DAMAGES** |
| Florence, Kentucky 41042 | | |
| | | |
| Serve also: | | |
| CFAS INC | | |
| 7107 Industrial Road | | |
| Florence, Kentucky 41042 | | |
| | | |
| Defendant. | | |

For its Complaint in this matter, Plaintiff Taft Stettinius & Hollister LLP says as follows:

1.     This is a Complaint for money due and owed for legal services rendered between April of 2011 and January of 2015.

## PARTIES AND JURISDICTION

2.     Plaintiff Taft Stettinius & Hollister LLP ("Plaintiff") is a limited liability partnership organized under the laws of Ohio with offices within Hamilton County, Ohio and Kenton County, Kentucky.

3.     Hwareh.com., Inc. d/b/a HealthWarehouse.com f/k/aHealthWarehouse.com, Inc., ("Defendant") is a corporation organized under the law in the State of Delaware.  At the time the contract that is the subject matter of this litigation was entered into, Defendant had its principal

place of business within Hamilton County, Ohio.  Today, Defendant's principal place of business is within Boone County, Kentucky.

4.       The engagement giving rise to this lawsuit was entered into Hamilton County, Ohio.  This Court has jurisdiction of the claims in this Complaint.  Venue is proper within Hamilton County, Ohio.

## FACTS

5.       Beginning in April of 2011, Defendant retained Plaintiff to provide legal services to it on a range of matters.  From then until January of 2015, Plaintiff provided those services pursuant to the engagement letter it sent to Defendant.

6.       The engagement letter entered into between the parties pursuant to which those legal services were provided is not attached hereto as it may represent a confidential communication between an attorney and a client, to which the protection of the attorney-client privilege applies.  The engagement letter is equally available to both parties.

7.       Plaintiff has fully performed its obligations under that engagement letter.

8.       Pursuant to the terms of the engagement, Plaintiff billed Defendant a total of $936,777.61 for which Defendant has not made payment.

9.       Pursuant to the engagement letter, interest is owed on any unpaid amounts from thirty (30) days after each statement is rendered at a rate of 1% per month.

## CLAIM

10.      Plaintiff incorporates by reference paragraphs 1-8 above as if fully set forth herein.

11.      Defendant owes the Plaintiff the sum of $936,777.61 plus interest on that amount at the rate specified in the engagement letter.  Defendant has paid no portion of that amount.

WHEREFORE, having fully pled at this time, Plaintiff prays damages as follows:

ELECTRONICALLY FILED 05/13/2016 13:33  /  IFI  /  A 1602800  /  CONFIRMATION NUMBER 525393

- For Judgment in the amount of $936,777.61;

- For interest on that amount from thirty (30) days after each of the fee statements were rendered at a rate of 1% per month until payment; and

- For such other and further relief as the Court may order.

Respectfully submitted,


/s/ Russell S. Sayre
Russell S. Sayre (0047125)
Michael L. Meyer (0093190)
Taft Stettinius & Hollister LLP
425 Walnut St., Suite 1800
Cincinnati, OH  45202
Ph:   513-381-2838
Fax:  513-381-0205
sayre@taftlaw.com
mmeyer@taftlaw.com
*Trial Counsel for Plaintiff Taft Stettinius & Hollister LLP*

16164368.1

3

## PRAECIPE FOR SERVICE

TO THE CLERK:

Please serve a copy of the Complaint and Summons via certified mail, return receipt requested, upon the defendant as listed in the caption.

/s/ Russell S. Sayre_____

ELECTRONICALLY FILED 05/13/2016 13:33  /  IFI  /  A 1602800  /  CONFIRMATION NUMBER 525393